UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SPASO GAVRIC,

    Plaintiff,

v.                          Case No. 8:20-cv-2978-T-33AAS

REGAL AUTOMOTIVE GROUP, INC.,

    Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Amanda Arnold Sansone's Report and Recommendation (Doc. # 56), filed on July 21, 2021, recommending that Defendant's Motion for Entitlement to Attorneys' Fees and Costs from Opt-In Plaintiff Christopher Mitchell (Doc. # 48) be granted.

As of the date of this Order, no objections have been filed and the time for filing objections has lapsed. The Court accepts and adopts the Report and Recommendation and grants Defendant's Motion.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and

1

recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 56) is **ACCEPTED** and **ADOPTED.**

(2) Defendant's Motion for Entitlement to Attorneys' Fees and Costs from Opt-In Plaintiff Christopher Mitchell (Doc. # 48) is **GRANTED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 10th day of August, 2021.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE